Jimmy TREVINO, Appellant,

v.

The STATE of Texas, Appellee.

No. 870–88.

Court of Criminal Appeals of Texas, En Banc.

Oct. 26, 1988.

Petition for Discretionary review from Eleventh Court of Appeals, 11th Supreme Judicial District.

Ralph H. Brock, on appeal only, James M. Brennan, Lubbock, for appellant.

Ernie B. Armstrong, Dist. Atty., Snyder, Robert Huttash, State's Atty., Austin, for the State.

OPINION ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

PER CURIAM.

Appellant was convicted by a jury of aggravated assault. Punishment was assessed by the court at five (5) years confinement. On appeal the Eastland Court of Appeals reversed in a published opinion. *Trevino v. State*, 752 S.W.2d 735 (Tex.App.—Eastland, 1988).

The appellant filed a petition for discretionary review in this Court by and through his attorney. This Court has not yet acted on the petition.

Appellant has now filed a Motion to Dismiss his Petition for Discretionary Review. The motion is sworn to before a proper authority.

Based upon appellant's request the Petition for Discretionary Review in Cause Number 870–88 is hereby DISMISSED.